**Electronically Filed
Supreme Court
SCAD-17-0000908
23-MAY-2019
10:19 AM**

SCAD-17-0000908

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

In re: Application for the Reinstatement of

STEVEN T. BRITTAIN

---

ORIGINAL PROCEEDING

(Prior Supreme Court No. 28951;
prior ODC Case Nos. 07-148-8608, 07-062-8522, 07-006-8466)

ORDER GRANTING PETITION FOR REINSTATEMENT
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ.,
and Intermediate Court of Appeals Associate Judge Chan,
in place of McKenna, J., recused)

Upon consideration of the Report, Findings, and Recommendation for the Reinstatement of Petitioner Steven T. Brittain to the practice of law, submitted on May 15, 2019 by the Disciplinary Board of the Supreme Court of the State of Hawaiʻi, and the record in this matter,

IT IS HEREBY ORDERED that Steven T. Brittain's petition for reinstatement is granted.

IT IS FURTHER ORDERED, pursuant to Rule 2.17(b) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), that Steven T. Brittain is reinstated to the practice of law in this

jurisdiction.  This order is effective upon filing, subject to the conditions of RSCH Rule 17(d) concerning proper registration with the Hawaiʻi State Bar Association and the payment of required dues.

IT IS FINALLY ORDERED that, pursuant to RSCH Rule 2.17(d), Petitioner Brittain shall bear the costs of the reinstatement proceedings, upon the timely submission of a verified bill of costs, within 60 days of the date of entry of this order.

DATED: Honolulu, Hawaiʻi, May 23, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Derrick H.M. Chan



2